# The Law Office of
# Philip P. Vogt, PLLC

Attorneys At Law
5 Penn Plaza, 23rd Floor
New York, NY 10001
212-835-1640
Fax No. 347-493-3529
http://www.altier-vogt.com

PHILIP P. VOGT                                                                                    JOSEPH P. ALTIER, Retired
ELIZABETH CHIATTO ZYMBERI ▲
PHILIP J. VOGT
▲ Also Member of NJ Bar

July 24, 2012

Honorable Judge Denis R. Hurley
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-4449

                         Re:    **Giuseppe Reina v. LIRR**
                               **CV 11-832 (DRH) (ARL)**

Dear Honorable Sir:

      With reference to the above matter, please be advised that this office represents the plaintiff, Giuseppe Reina.

      I am writing this letter to inform the Court that the parties have agreed to a settlement. The parties are preparing the necessary settlement papers and a Stipulation of Discontinuance will be filed with the Court as soon as possible.

      Thank you for your cooperation in this matter.

                                                               Respectfully submitted:

                                                              Philip P. Vogt (PPV0377)

cc:    Edward G. Lukoski, Esq.
       Lewis Johs Avallone Avilles, LLP.
       21 East Second Street
       Riverhead, New York 11901